```
               IN THE UNITED STATES DISTRICT COURT

           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|  |  |
|---|---|
|  | Date of Notice: |
| MARIA C., A MINOR, BY AND : | July 7, 2003 |
| THROUGH HER PARENT AND NATURAL |  |
| GUARDIAN, IRIS NEREIDA CAMACHO, |  |
| ET AL. |  |
|     vs.                       : |  |
| SCHOOL DISTRICT OF PHILADELPHIA : | CIVIL ACTION NO. 02-4336 |

TAKE NOTICE that the above-captioned matter is scheduled for __JURY TRIAL__ in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on September 8, 2003, at 10:00 A.M., in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,

Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam

COPIES BY MAIL ON __7/7/03__ TO: David Sambolin, Esquire
                                 Glenna M. Hazeltine, Esquire