IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA C., a minor by and through her parent and natural guardian, IRIS NEREIDA CAMACHO | : : : : | CIVIL ACTION |
| v. | : : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA | : : : : | NO. 02-4336 |

**O R D E R**

AND NOW, this        day of October, 2003, in light of the Order of this Court on October 1, 2003, Plaintiffs' Motion for a Scheduling Order, Plaintiffs' Motion Requesting Time to File a Motion for Summary Judgment, and Plaintiffs' Motion to Amend the Record are DENIED.

BY THE COURT:

_____
Fullam, Sr.J.