Luis P. Diaz, Esq.
1118 Lombard St.
Suite 5
Philadelphia PA 19107
Ph: 215 733-0293 Fax: 215 627-3183

Invoice submitted to:
David Sambolin Esq.
3214 Hamilton Street
Philadelphia PA 19104-2517


May 10, 2004




In Reference To: Maria Camacho IDEA Attorney's Fees
Invoice #10253

    Professional services

|  | Hrs/Rate | Amount |
|---|---|---|
| 9/1/03 Phone Call To and From Sambolin re background of case, legal issues and status (hearing upcoming Thursday by conference call); discussion of history. | 1.20<br>250.00/hr | 300.00 |
| 9/2/03 Research on IDEA and Attorney's fees | 1.20<br>250.00/hr | 300.00 |
| Review documents Memo In Support of Plaintiffs Answer to Motion and Exhibits, Answer | 1.50<br>250.00/hr | 375.00 |

To Motion

| | | |
|---|---|---|
| Phone calls to and from Sambolin re case facts, strategy and status. | 0.80 250.00/hr | 200.00 |

David Sambolin Esq.                                  Page   2


                          Hrs/Rate     Amount

9/3/03 Devise strategy for             0.67      167.50
      substantive and procedural      250.00/hr
      arguments and court filings
      for 9/04/03 conference call.

      Review faxed documents           2.20      550.00
      (Complaint, Answer To            250.00/hr
      Plaintiffs Complaint, Defense
      Motion to Dismiss, Defendant
      Memorandum of Law In Support
      of Motion)

      Research standard of review      2.50      625.00
      for motion to dismiss in 3r      250.00/hr
      Circuit, appointment of
      magistrates and the policy
      issues behind award of
      attorney's fees.

      Meetings with Michael            1.50      375.00
      Churchill Esq., Barbara          250.00/hr
      Ransom, Esq., of Public
      Interest Law Center of Phila.
      re IDEA attorneys fees,
      negotiation vs. trial, J.
      Fullum's preferences and the
      elements of the Camacho claim
      for attorney's fees.

      Draft Entry of Appearance,       1.50      375.00
      Supplemental Answer,             250.00/hr
      Memorandum of Law Opposing
      Defendant Motion.

| | | |
|---|---|---|
| 9/4/03 Continue Drafting Supplemental Answer, Memorandum of Law Opposing Defendant Motion to Dismiss. | 3.00<br>250.00/hr | 750.00 |

David Sambolin Esq.                           Page   3

                                      Hrs/Rate        Amount

9/4/03 Phone calls to and from Judge      0.40        100.00
     Fullum's clerk regarding         250.00/hr
     participation in conference
     call after entry of appearance
     and filling of Supplemental
     Answer and Motion and
     Memorandum of Law. Judge would
     allow participation but not in
     his chambers but at a phone in
     his reception area at a desk
     with a non-secure line OK.
     (Was not workable)

9/5/03 Meeting with Sambolin re           0.50        125.00
     strategy, deadline of the 14th   250.00/hr
     and prevailing party issues.

9/8/03 Meeting with Churchill re          0.50        125.00
     failure to appoint a             250.00/hr
     Magistrate vs Fullum handling
     it directly, strategy.

9/9/03 Meeting with Churchill re          0.50        125.00
     community standard on attorney   250.00/hr
     hourly rate and CLS survey
     used and accepted in federal
     court.  Comments re Catherine
     Carr.

9/10/03 Research attorney fee cases       2.00        500.00
     and prevailing party.  Pre ad    250.00/hr
     post John T.

     Draft letter to G. Hazeltine,     0.30         75.00

      Esq., School District      250.00/hr

9/11/03 Phone call to Catrhy Carr re    0.40    100.00
    attorney fee survey and    250.00/hr
    web-site, arrange delivery.

David Sambolin Esq.                              Page   4

                              Hrs/Rate     Amount

9/11/03  Research attorney fee cases         2.00       500.00
     and prevailing party.  Pre and    250.00/hr
     post John T.

     Phone calls to and from            0.33        82.50
     Sambolin re John T. not really    250.00/hr
     applicable based on permanent
     relief won by him.

9/12/03  Review CLS attorney fee            0.50       125.00
     results and Sambolin years out    250.00/hr
     of school and fees for 1997
     through 2002.

     Research FRCP for Scheduling      0.50       125.00
     Orders                            250.00/hr

     Draft and file Motion for         3.00       750.00
     Scheduling Order, Memo, Order,    250.00/hr
     Certificate of Service

9/14/03  Draft outline of Memo on           2.50       625.00
     Standard of proof for             250.00/hr
     prevailing party under IDEA in
     this case.

     Research issue of whether         2.00       500.00
     Administrative proceedings are    250.00/hr
     litigation and degree of
     change in legal relationship
     of Plaintiff.  Compare John T
     and School Dist. Maine on
     quality of relief.

9/15/03 Phone Call To Judge Fullum's     0.30     75.00
    clerk re availability and     250.00/hr
    desirability of conference
    call on latest motion.

Case 2:02-cv-04336-JF   Document 26-2   Filed 05/10/2004   Page 8 of 18

David Sambolin Esq.                                Page   5

|  | Hrs/Rate | Amount |
|---|---|---|
| 9/16/03 Phone Calls To and from Sambolin re Amendment to hours on fees, new address for Hazeltine | 0.30<br>250.00/hr | 75.00 |
| Research and Meeting with Sambolin re additional hours, history of the proceedings, statute of limitations on fees. | 1.30<br>250.00/hr | 325.00 |
| 9/18/03 Draft memo on Attorney fees | 2.00<br>250.00/hr | 500.00 |
| 9/19/03 Draft memo on Attorney fees | 2.30<br>250.00/hr | 575.00 |
| Draft memo on Attorney fees | 2.30<br>250.00/hr | 575.00 |
| 9/23/03 Phone Call To and from Sambolin re amending hours. | 0.40<br>250.00/hr | 100.00 |
| Phone Calls To and from Court and Defendant Counsel and phone company, re availability for Conference call on 9/25/03, and from Sambolin re amending hours. | 1.00<br>250.00/hr | 250.00 |
| Prepare for conference call, review pleadings, outstanding motions, case law. | 2.50<br>250.00/hr | 625.00 |
| 9/24/03 Phone Calls To and from Phone | 1.30 | 325.00 |

| | |
|---|---|
| Company, J.Fullum, C. Reginal Johnson re conference call set for 2:30 PM on 9/25/03. Discussion with Johnson on status, new hours, and Parandini issue (separate attorney's fees for petition). | 250.00/hr |

David Sambolin Esq.                             Page   6

                              Hrs/Rate        Amount

9/24/03 Phone Calls To and from              0.60         150.00
    Sambolin re conference call          250.00/hr
    and Summary Judgment.
    strategy, establish hours,
    amend, then rate, apprise
    judge of coming Rule 56
    Summary Judgment.

    Research issue of fee petition       2.50         625.00
    representation as part of         250.00/hr
    reasonable fee (Parandini and
    progeny).

    Research motion to amend.            2.00         500.00
                                      250.00/hr

9/25/03 Draft Motion to Amend, Memo In       3.50         875.00
    Support, Order, service.          250.00/hr

    Research to Draft Motion for         1.50         375.00
    leave to file Rule 56 Summary     250.00/hr
    Judgment within specified time
    frame.

    Phone Calls To and from C.           1.20         300.00
    Reginal Johnson, Esq., re         250.00/hr
    stipulation and or not
    opposing motion for timing of
    Rule 56 Motion for Summary
    Judgment.

9/26/03 Draft Motion for leave to file       3.70         925.00
    Rule 56 Summary Judgment          250.00/hr
    within specified time frame.

    Memo, Order, service

| | | |
|---|---|---|
| 9/29/03 Research standards for granting Rule 56 Motion for Summary Judgment | 2.00 250.00/hr | 500.00 |

David Sambolin Esq.                              Page   7

                                Hrs/Rate       Amount

9/30/03  Reasonable fee under statute        2.40        600.00
       and case law as well as cost      250.00/hr
       of litigating attorney's fees.

       Phone Calls To and From            0.80        200.00
       Reginal Johnson re correction      250.00/hr
       on Motion to remove reference
       to stipulation and review
       correspondence from Johnson.

10/1/03  Draft a correction and file        1.60        400.00
       Motion.                            250.00/hr

10/2/03  Phone Calls To and from David      0.50        125.00
       Sambolin re Judge Fullum's         250.00/hr
       Order denying Motion to
       Dismiss.

       Review cases cited by Johnson      2.00        500.00
       limiting prevailing party          250.00/hr
       status.

10/3/03  Phone calls to and from            0.67        167.50
       Sambolin on Summary Judgment       250.00/hr
       issues

10/8/03  Meeting with Sambolin,             6.30      1,575.00
       reconstructing chronological       250.00/hr
       history using time sheets,
       documents and other records.

10/10/03 Meeting with                       0.60        150.00
       Sambolin,reviewing prepared        250.00/hr
       documents in response to Court

Order.

Draft Response to Court Order    2.00    500.00
and letter to J. Fullum         250.00/hr

David Sambolin Esq.                              Page   8

                            Hrs/Rate       Amount

10/18/03 Review Record and Draft         2.00       500.00
    Factual Narrative            250.00/hr

10/19/03 Review Record and Draft         2.00       500.00
    Factual Narrative            250.00/hr

10/20/03 Review Record and Draft         2.00       500.00
    Factual Narrative            250.00/hr

    Review Record and Draft          3.00       750.00
    Factual Narrative            250.00/hr

    Phone calls to and from David    1.50       375.00
    and corrections to Record and    250.00/hr
    Narrative

11/1/03 Draft Responsive Memorandum of   6.00     1,500.00
    Law                          250.00/hr

11/2/03 Research and Draft Responsive    6.70     1,675.00
    Memorandum of Law            250.00/hr

11/3/03 Research and Draft Responsive    8.60     2,150.00
    Memorandum of Law            250.00/hr

5/8/04 Research Rule 54 Pettition for    4.00     1,000.00
    Attorney's fees and 3rd      250.00/hr
    Circuit case law.

5/9/04 Draft Rule 54 Pettition for       4.00     1,000.00
    Attorney's fees.             250.00/hr

                              --------   ----------
    For professional services rendered  118.87   $29,717.50

Additional charges:

9/1/03 Copying cost from 9/01/03           60.00

David Sambolin Esq.                          Page   9

                                      Amount

9/1/03 Delivery Cost from 9/01 to 10/20              135.00

10/19/03 Copy at Kinkos for Record and pick up       199.40
       and delivery

                             ----------
   Total costs                               $394.40

                            -------------
   Total amount of this bill              $30,111.90

                            -------------
   Balance due                            $30,111.90
                            =============

Case 2:02-cv-04336-JF    Document 26-2    Filed 05/10/2004    Page 18 of 18