IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Maria C., a minor, by and through her parent and natural Guardian, Iris Nereida Camacho: and Iris Nereida Camacho on her own behalf, | : : : : | CIVIL ACTION |
| Plaintiffs | : : | |
| vs. | : : | NO.  02-civ-4336 |
| School District of Philadelphia, | : : | |
| Defendant | : | |

## CERTIFICATE OF SERVICE

    I, Luis P. Diaz, Esq., hereby certify that I have served on Defendant School District of Philadelphia true and correct copies of Plaintiffs' Motion for Rule 54 (F.R.C.P.) Post Judgement I.D.E.A. Attorneys' Fees for the Cost of Litigating the Underlying Fee Petition, by fax and U.S. Mail to their attorney,

C. Reginal Johnson, Esq.
2130 Arch Street
Fifth Floor
Philadelphia, PA 19134 .

*Luis P. Diaz*

Luis P. Diaz, Esq.

Date_____May 10, 2004_____