# LUIS P. DIAZ, Esq.

1118 Lombard Street
Suite 5
Philadelphia, PA 19147
Phone: (215) 733-0293     Fax: (215) 627-3183

# FAX:

| FROM: | TO: | ADDRESS | Pages Including Cover | PHONE: |
|---|---|---|---|---|
| Luis P. Diaz, Esq. | C. Reginal Johnson, Esq. School District of Philadelphia | Fifth Floor 2130 Arch Street Philadelphia, PA 19134 | **16** | 215 299-7676 **FAX:** 215 299-4678 |

Re:   **Attorney's Fees in Camacho V. School District**

Date:   **May 10, 2004**

## MESSAGE:

Attached, please find **PLAINTIFFS' MOTION FOR RULE 54 (FRCP) POST JUDGEMENT I.D.E.A. ATTORNEYS' FEES FOR THE COST OF LITIGATING THE UNDERLYING FEE PETITION, filed with the Court this day.**

enclosure: