```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| MARIA C., a minor by and<br>through her parent and natural<br>guardian, IRIS NEREIDA CAMACHO,<br>and IRIS NEREIDA CAMACHO<br>    v.<br><br>THE SCHOOL DISTRICT OF<br>PHILADELPHIA | :<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br><br>NO. 02-4336 |

O R D E R

     AND NOW, this 18th day of May, 2004, in accordance with the Court's Memorandum and Order dated May 5, 2004,

     IT IS ORDERED that Judgment be and the same is hereby entered in favor of PLAINTIFFS MARIA C., a minor by and through her parent and natural guardian, IRIS NEREIDA CAMACHO, and IRIS NEREIDA CAMACHO and against DEFENDANT THE SCHOOL DISTRICT OF PHILADELLPHIA.

                                             BY THE COURT:

                                  ATTEST:
                                                Rosalind Burton-Hoop
                                                Deputy Clerk

COPIES BY MAIL ON   5/18/04   TO:  David Sambolin, Esquire
                                            C. Reginald Johnson, Esquire
                                            Luis P. Diaz, Esquire
                                            Glenna M. Hazeltine, Esquire

Civ 1 (8/80)