IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA C., a minor, by and through her parent and natural guardian, IRIS NEREIDA CAMACHO | : : : | CIVIL ACTION |
| v. | : : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA | : | NO. 02-4336 |

## NOTICE OF CROSS-APPEAL

Notice is hereby given that THE SCHOOL DISTRICT OF PHILADELPHIA, defendant in the above-named civil action, hereby cross-appeals to the United States Court of Appeals for the Third Circuit from the order entered in this action on the 6th day of May, 2004, and from the final judgment entered on the 18th day of May, 2004.

/s/ C. Reginald Johnson
C. REGINALD JOHNSON, ESQUIRE
PA Attorney Identification No. 61115
Assistant General Counsel
Office of General Counsel
School District of Philadelphia
2130 Arch Street, 5th Floor
Philadelphia, PA 19103-1390
(215) 299-7676

Attorney for Defendant,
School District of Philadelphia

Dated: June 21, 2004