IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA C., a minor by and through her parent and natural guardian, IRIS NEREIDA CAMACHO and IRIS NEREIDA CAMACHO | : : : : : | CIVIL ACTION |
| v. | : : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA | : : | NO. 02-4336 |

ORDER

      AND NOW, this _____ day of July, 2004, IT IS ORDERED that Plaintiff's Motion to Proceed *In Forma Pauperis* is **GRANTED**.

BY THE COURT:

_____
Fullam, Sr. J.